IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

JAMES WILCHER, MARY POWER,  )
JESSIE HEATON as parent and natural  )
guardian of DYLAN HEATON, and  )
JUSTIN KOLOGE by and through  )
Jeremy M. Kologe and Theresa F. Kologe  )
as plenary guardians of his person and  )
property,  )
                  Plaintiffs,  )
v.  )   Case No.: 2:15-CV-14297-RLR

HEALTHPORT TECHNOLOGIES, LLC,  )
LAWNWOOD MEDICAL CENTER,  )
INC., HCA HEALTH SERVICES OF  )
FLORIDA, INC. d/b/a ST. LUCIE  )
MEDICAL CENTER, and ST. MARY'S  )
MEDICAL CENTER, INC.,  )
                  Defendants.  )

## JUDGMENT

Defendants Lawnwood Medical Center, Inc. and HCA Health Services of Florida, Inc. d/b/a St. Lucie Medical Center filed a Notice of Filing Pursuant to Rule 68(a) and Request for Entry of Judgments that included:

- Defendants Lawnwood Medical Center, Inc.'s and HCA Health Services of Florida, Inc.'s Amended Offer of Judgment to Plaintiff Jessie Heaton as Parent and Natural Guardian of Dylan Heaton;

1361381.1

1

- The Plaintiff's Notice of Acceptance of Rule 68 filed by Plaintiff Jessie Heaton as Parent and Natural Guardian of Dylan Heaton, which was accepted within 14 days after being served; and

- Proof of service of Defendants Lawnwood Medical Center, Inc.'s and HCA Health Services of Florida, Inc.'s Amended Offer of Judgment to Plaintiff Jessie Heaton as Parent and Natural Guardian of Dylan Heaton.

Accordingly, and pursuant to Federal Rule of Civil Procedure 68(a), Judgment is entered for Plaintiff Jessie Heaton as parent and natural guardian of Dylan Heaton against Defendants Lawnwood Medical Center, Inc. and HCA Health Services of Florida, Inc. d/b/a St. Lucie Medical Center according to the terms of Defendants Lawnwood Medical Center, Inc.'s and HCA Health Services of Florida, Inc.'s Amended Offer of Judgment to Plaintiff Jessie Heaton as Parent and Natural Guardian of Dylan Heaton, attached hereto and incorporated into this Judgment.

ENTERED this 26th day of October, 2015.

_____
CLERK OF COURT
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA